1030

[No. 2714-3. Division Three. March 6, 1979.]

THE CITY OF KENNEWICK, *Respondent*, v. JUNE REA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 4587, Fred R. Staples, J., entered December 7, 1977. *Reversed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 2768-3. Division Three. March 8, 1979.]

FRANCIS JAMES, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 3185, Richard G. Patrick, J., entered February 7, 1978. *Affirmed* by unpublished per curiam opinion.

[No. 2557-3. Division Three. March 8, 1979.]

KENNETH KNAPP, *Appellant*, v. MARDA, INC., *Defendant*, ARGONAUT INSURANCE COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 20000, B. E. Kohls, J., entered August 18, 1977. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 2611-3. Division Three. March 8, 1979.]

HARVEY W. NEELEY, *Appellant*, v. DOROTHY L. NEELEY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 180500, William H. Williams, J., entered October 5, 1977. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.